1  JONATHAN A. KLEIN (SBN 162071)
   THOMAS K. HOCKEL (SBN 172367)
2  KELLY HOCKEL & KLEIN P.C.
   44 Montgomery Street, Suite 2500
3  San Francisco, CA 94104-4798
   Tel.: (415) 951-0535
4  Fax: (415) 391-7808
   thockel@khklaw.com
5
   Attorneys for Defendants HARTFORD LIFE AND
6  ACCIDENT INSURANCE COMPANY and AMERICAN
   PRESIDENT LINES, LTD
7

8
                    UNITED STATED DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

12  PATRICIA HOFFER,                    ) Case No.: CV-08-2174-MEJ
                                        )
13          Plaintiff,                  ) **STIPULATION EXTENDING TIME FOR**
                                        ) **DEFENDANTS' RESPONSE TO**
14      vs.                             ) **COMPLAINT**
                                        )
15                                      )
    HARTFORD LIFE AND ACCIDENT          )
16  INSURANCE COMPANY; AMERICAN         )
    PRESIDENT LINES, LTD., and DOES 1   )
17  THROUGH 25,                         )
                                        )
18                                      )
            Defendants.                 )
19                                      )
                                        )
20                                      )

21

22

23

24

25

26

27

28

---

STIPULATION ENLARGING TIME FOR          Case No.: CV-08-2174-MEJ
DEFENDANTS' RESPONSE TO COMPLAINT

-1-

1
2     Pursuant to Local Rule 6-1, plaintiff Patricia Hoffer and defendants Hartford Life and
3 Accident Insurance Company and American President Lines, Ltd., by and through their
4 respective counsel, hereby stipulate to an extension of defendants' time to file their response to
5 plaintiff's complaint in the captioned matter, to and including June 26, 2008. The parties'
6 stipulation will not alter the date of any event or deadline already fixed by Court order.
7
8
9     Dated: May 20, 2008        KELLY, HOCKEL & KLEIN P.C.
10
11
12                                     By // Thomas K. Hockel
                                          Thomas K. Hockel
13                                         Attorneys for Defendants

14    Dated: May 20, 2008        LAW OFFICE OF CURTIS G. OLER
15
16
17                                     By // Curtis G. Oler
                                          Curtis G. Oler
18                                         Attorney for Plaintiff
19
20
21
22
23
24
25
26
27
28

STIPULATION ENLARGING TIME FOR                 Case No.: CV-08-2174-MEJ
DEFENDANTS' RESPONSE TO COMPLAINT