THOMAS K. HOCKEL (SBN 172367)
KELLY HOCKEL & KLEIN P.C.
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.: (415) 951-0535
Fax: (415) 391-7808
thockel@kelher.com

Attorneys for Defendants HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and AMERICAN PRESIDENT LINES, LTD

UNITED STATED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICIA HOFFER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; AMERICAN PRESIDENT LINES, LTD., and DOES 1 THROUGH 25,<br><br>　　　　Defendants. | Case No.: CV-08-2174-MEJ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

Case No.: CV-08-2174-MEJ

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned parties hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby request the reassignment of this case to a United States District Judge.

Dated: June 25, 2008

KELLY, HOCKEL & KLEIN P.C.

By _____
Thomas K. Hockel
Attorneys for Defendants
HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and AMERICAN PRESIDENT LINES, LTD

-1-