JONATHAN A. KLEIN (SBN 162071)
THOMAS K. HOCKEL (SBN 172367)
KELLY HOCKEL & KLEIN P.C.
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.: (415) 951-0535
Fax: (415) 391-7808
thockel@khklaw.com

Attorneys for Defendants HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and AMERICAN PRESIDENT LINES, LTD

UNITED STATED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICIA HOFFER,<br><br>    Plaintiff,<br><br>vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; AMERICAN PRESIDENT LINES, LTD., and DOES 1 THROUGH 25,<br><br>    Defendants. | Case No.: CV-08-2174-MEJ<br><br>**FURTHER STIPULATION EXTENDING TIME FOR DEFENDANTS' RESPONSE TO COMPLAINT** |

-1-

1
2        Pursuant to Local Rule 6-1, plaintiff Patricia Hoffer and defendants Hartford Life and
3   Accident Insurance Company and American President Lines, Ltd., by and through their
4   respective counsel, hereby stipulate to a further extension of defendants' time to respond to
5   plaintiff's complaint in the captioned matter, through and including July 10, 2008. The parties'
6   stipulation will not alter the date of any event or deadline already fixed by Court order.
7
8
9   Dated:  June 25, 2008            KELLY, HOCKEL & KLEIN P.C.
10
11
                                     By  // Thomas K. Hockel
12                                          Thomas K. Hockel
                                            Attorneys for Defendants
13
14  Dated:  June 25, 2008            LAW OFFICE OF CURTIS G. OLER
15
16
                                     By  // Curtis G. Oler
17                                          Curtis G. Oler
                                            Attorney for Plaintiff
18
19
20
21
22
23
24
25
26
27
28

-1-

FURTHER STIPULATION ENLARGING TIME FOR          Case No.: CV-08-2174-MEJ
DEFENDANTS' RESPONSE TO COMPLAINT