United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA A HOFFER, | No. C 08-02174 MHP |
| Plaintiff(s), | **CLERK'S NOTICE** |
| v. | **(Scheduling Case Management Conference in Reassigned Case)** |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY et al, | |
| Defendant(s). | |

   This case, having been reassigned to the Honorable Marilyn Hall Patel and all pending hearing dates thus vacated, is hereby scheduled for a case management conference on **Monday, August 25, 2008, at 4:00 p.m.** A Joint Case Management Statement is due ten days prior to the conference.

Richard W. Wieking
Clerk, U.S. District Court

Dated: July 1, 2008

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140