1  THOMAS K. HOCKEL (SBN 172367)
   KELLY HOCKEL & KLEIN P.C.
2  44 Montgomery Street, Suite 2500
   San Francisco, CA 94104-4798
3  Tel.: (415) 951-0535
   Fax: (415) 391-7808
4  thockel@khklaw.com

5

6  Attorneys for Defendants HARTFORD LIFE AND ACCIDENT INSURANCE
   COMPANY; and AMERICAN PRESIDENT LINES, LTD

7

8              UNITED STATED DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11
   PATRICIA HOFFER,                    ) Case No.: CV-08-2174-MHP
12                                     )
                                       ) **ERRATA TO DEFENDANTS' EX PARTE**
13           Plaintiff,                ) **APPLICATION FOR LEAVE TO FILE**
                                       ) **MOTION TO DISMISS PRIOR TO**
14      vs.                            ) **INITIAL CASE MANAGEMENT**
                                       ) **CONFERENCE; [PROPOSED] ORDER**
15 HARTFORD LIFE AND ACCIDENT          )
   INSURANCE COMPANY; AMERICAN         )
16 PRESIDENT LINES, LTD., and DOES 1   ) Hon. Marilyn Hall Patel
   THROUGH 25,                         )
17                                     )
                                       )
18           Defendants.               )
                                       )
19                                     )

20

21

22

23

24

25

26

27

28

---

ERRATA TO DEFENDANTS' EX PARTE APPLICATION FOR LEAVE TO FILE MOTION TO DISMISS
PRIOR TO INITIAL CASE MANAGEMENT CONFERENCE

Case No.: CV-08-2174-MHP

A typographical error was discovered in Defendants' Ex Parte Application For Leave To File Motion To Dismiss Prior To Initial Case Management Conference; [Proposed] Order. The Proposed Order should state the hearing date for Defendants' Motion to Dismiss or Strike is August 18, 2008.

Respectfully submitted,

Dated: July 11, 2008                KELLY, HOCKEL & KLEIN P.C.


By   //Thomas K. Hockel
       Thomas K. Hockel
       Attorneys for Defendants

ERRATA TO DEFENDANTS' EX PARTE APPLICATION FOR LEAVE TO FILE MOTION TO DISMISS PRIOR TO INITIAL CASE MANAGEMENT CONFERENCE

Case No.: CV-08-2174-MHP