1  JONATHAN A. KLEIN (SBN 162071)
   THOMAS K. HOCKEL (SBN 172367)
2  KELLY HOCKEL & KLEIN P.C.
   44 Montgomery Street, Suite 2500
3  San Francisco, CA 94104-4798
   Tel.: (415) 951-0535
4  Fax: (415) 391-7808
   thockel@kelher.com
5
   Attorneys for Defendants HARTFORD LIFE AND ACCIDENT INSURANCE
6  COMPANY; AMERICAN PRESIDENT LINES, LTD

7

8                    UNITED STATED DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION
11
   PATRICIA HOFFER,                )  Case No.: CV-08-2174-MHP
12                                  )
                                    )  **ADR CERTIFICATION BY PARTIES**
13        Plaintiff,                )  **AND COUNSEL**
                                    )
14   vs.                            )
                                    )
15  HARTFORD LIFE AND ACCIDENT      )
    INSURANCE COMPANY; AMERICAN     )
16  PRESIDENT LINES, LTD., and DOES 1 )
    THROUGH 25,                     )
17                                  )
                                    )
18        Defendants.               )
                                    )
19                                  )
                                    )
20

21

22

23

24

25

26

27

28

Case No.: CV-08-2174-MHP

1    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies
2  that he or she has:
3    (1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District*
4  *of California:* on the Court's ADR Internet site www.adr.cand.uscounts.gov *(Limited printed*
5  *copies are available from the clerk's office for parties in cases not subject to the court's*
6  *Electronic Case Filing program (ECF) under General Order 45);*
7    (2) Discussed the available dispute resolution options provided by the Court and private
8  entities; and
9    (3) Considered whether this case might benefit from any of the available dispute
10 resolution options.

Dated: August 7, 2008          By _____
                                On Behalf of Defendants HARTFORD LIFE
                                AND ACCIDENT INSURANCE COMPANY and
                                AMERICAN PRESIDENT LINES, LTD.,

Dated: August 7, 2008          KELLY, HOCKEL & KLEIN P.C.

                                By _____
                                Thomas K. Hockel
                                Attorneys for Defendants

-1-

Case No.: CV-08-2174-MHP