1  JONATHAN A. KLEIN (SBN 162071)
   THOMAS K. HOCKEL (SBN 172367)
2  KELLY HOCKEL & KLEIN P.C.
   44 Montgomery Street, Suite 2500
3  San Francisco, CA 94104-4798
   Tel.:  (415) 951-0535
4  Fax:  (415) 391-7808
   thockel@khklaw.com
5
   Attorneys for Defendants HARTFORD LIFE AND ACCIDENT
6  INSURANCE COMPANY and AMERICAN PRESIDENT LINES, LTD

7

8                    UNITED STATED DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11
   PATRICIA HOFFER,                )  Case No.: CV-08-2174-MHP
12                                  )
                                    )  **DEFENDANTS' CERTIFICATION OF**
13          Plaintiff,              )  **INTERESTED ENTITIES OR PERSONS**
                                    )
14     vs.                          )
                                    )
15  HARTFORD LIFE AND ACCIDENT      )
    INSURANCE COMPANY; AMERICAN     )
16  PRESIDENT LINES, LTD., and DOES 1)
    THROUGH 25,                     )
17                                  )
                                    )
18          Defendants.             )
                                    )
19                                  )

20

21

22

23

24

25

26

27

28

---

**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
                                                  Case No.: CV-08-2174-MHP

1    Pursuant to Civil L.R. 3-16, defendants Hartford Life and Accident Insurance
2 Company("Hartford") and American President Lines, Ltd. ("APL") (collectively "defendants")
3 submit the following Certification of Interested Parties:
4    Hartford Life and Accident Insurance Company is a wholly owned subsidiary of Hartford
5 Life, Inc., which is a subsidiary of The Hartford Financial Services Group, Inc., a publicly traded
6 corporation. The parent company of APL is Neptune Orient Lines Limited, a publicly traded
7 Singapore company.
8    Other than the above, defendants are not aware of any persons, firms, partnerships,
9 corporations (including parent corporations) or other entities known by the party to have either a
10 financial interest in the subject matter in controversy or in a party to the proceeding or any other
11 kind of interest that could be substantially affected by the outcome of the proceeding.

Dated:  August 15, 2008          KELLY, HOCKEL & KLEIN P.C.


By   /s/Thomas K. Hockel
     Thomas K. Hockel
     Attorneys for Defendants

-1-

**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Case No.: CV-08-2174-MHP