**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: August 25, 2008

Case No.    C 08-2174  MHP                Judge: MARILYN H. PATEL

Title: PATRICIA HOFFER -v- HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

Attorneys:  Plf:  Curtis Oler
            Dft: Thomas Hockel

Deputy Clerk:  Anthony Bowser  Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)  Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Underlying claims of complaint discussed; Matter previously referred to ADR for Early Neutral
Evaluation, to be completed within 90 days of order; No depositions prior to the evaluation;

Further Status Conference set for 1/12/2009 at 3:00 pm, with a joint status report to be filed one week
prior to the conference.