# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Hoffer, | 08-02174 MHP ENE |
| Plaintiff(s), | **Notice of Appointment of Evaluator** |
| v. | |
| Hartford Life and Accident Insurance Company, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

**Charles E. Farnsworth**
Law Offices of Charles E. Farnsworth
7677 Oakport St., Suite 565
Oakland, CA 94621
510-635-2790
cefarns@yahoo.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
08-02174 MHP ENE                    - 1 -

Counsel are reminded that the written ENE statements required by the ADR L.R. 5-8 shall NOT be filed with the court.

Dated: September 3, 2008

RICHARD W. WIEKING
Clerk
by:     Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

United States District Court
Northern District of California

**Notice of Appointment of Evaluator**
08-02174 MHP ENE                              - 2 -