JONATHAN A. KLEIN (SBN 162071)
THOMAS K. HOCKEL (SBN 172367)
KELLY HOCKEL & KLEIN P.C.
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.: (415) 951-0535
Fax: (415) 391-7808
thockel@khklaw.com

Attorneys for Defendants HARTFORD LIFE AND
ACCIDENT INSURANCE COMPANY and AMERICAN
PRESIDENT LINES, LTD

UNITED STATED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RHONDA M. PIERCE, as Administrator of the Estate of PATRICIA A. HOFFER, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; AMERICAN PRESIDENT LINES, LTD., and DOES 1 THROUGH 25,<br><br>Defendants. | Case No.: CV-08-2174-MHP<br><br>**STIPULATION EXTENDING DEADLINE FOR BRIEFING ON STANDARD OF REVIEW; ~~PROPOSED~~ ORDER** |

Plaintiff Patricia Hoffer ("Plaintiff") and defendants Hartford Life and Accident Insurance Company ("Hartford") and American President Lines, Ltd., ("APL") by and through their respective counsel, hereby stipulate to an extension of time to file briefing on the standard of review in the above matter, and request an order extending the same, as follows.

1. This is an action by Plaintiff, as the administrator of the estate of Patricia A. Hoffer, deceased, seeking to recover total disability benefits under a Long term Disability Plan issued by Hartford to her former employer, APL.

2. Plaintiff believes the decedent also was insured under a life insurance policy issued by her employer. The parties have been working informally to determine whether Plaintiff continued coverage under the any such life insurance policy, the identity of the entity that issued the policy, and the amount of any such benefit. The parties agree that whether the decedent was eligible for a benefit under a life insurance policy issued or offered by the defendants is a material question that will substantially affect the value of the case and will impact the parties prosecution of the litigation and eventual approach to a resolution.

3. To date, the parties have been unsuccessful in their efforts to definitively answer the issues concerning the existence and availability of a life insurance benefit. However, they continue to work on the question.

4. At the status conference in this matter on January 12, 2009, the Court issued an order requiring the parties to file briefs on or before March 16, 2009, concerning the standard of review the Court should utilize in evaluating the propriety of Hartford's determination that the decedent was not entitled to further disability benefits.

5. The parties have expressed a mutual desire to explore settlement possibilities prior to incurring the attorney's fees and costs that would be associated with the preparation of the briefing on the standard of review. However, the parties also recognize they need to solve the life insurance question in order to maximize the potential for the success of their settlement discussions.

-1-

STIPULATION EXTENDING DEADLINE FOR BRIEFING ON STANDARD OF REVIEW; PROPOSED ORDER

Case No.: CV-08-2174-MHP

6. Accordingly, the parties hereby request that the Court extend the deadline for the filing of briefs on the standard of review until **April 16, 2009**, to allow the parties to continue to work on the life insurance question and pursue settlement discussions.

IT IS SO STIPULATED.

Dated: March 10, 2009                              KELLY, HOCKEL & KLEIN P.C.


By // Thomas K. Hockel
    Thomas K. Hockel
    Attorneys for Defendants

Dated: March 10, 2009                              LAW OFFICE OF CURTIS G. OLER


By // Curtis G. Oler
    Curtis G. Oler
    Attorney for Plaintiff

### ORDER

Having considered the parties' stipulation, and good cause appearing, the Court hereby approves of the foregoing stipulation and extends the deadline for the filing of briefing on the standard of review until **April 16, 2009**.

IT IS SO ORDERED.


Dated: March 12, 2009
                                                   _____
                                                   UNITED ST
                                                   IT IS SO ORDERED
                                                   Judge Marilyn H. Patel

-2-

STIPULATION EXTENDING DEADLINE FOR BRIEFING ON STANDARD OF REVIEW; PROPOSED ORDER

Case No.: CV-08-2174-MHP