1  JONATHAN A. KLEIN (SBN 162071)
   THOMAS K. HOCKEL (SBN 172367)
2  KELLY HOCKEL & KLEIN P.C.
   44 Montgomery Street, Suite 2500
3  San Francisco, CA 94104-4798
   Tel.: (415) 951-0535
4  Fax: (415) 391-7808
   thockel@khklaw.com
5
   Attorneys for Defendants HARTFORD LIFE AND
6  ACCIDENT INSURANCE COMPANY and AMERICAN
   PRESIDENT LINES, LTD
7

8                    UNITED STATED DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                      SAN FRANCISCO DIVISION
11

12 RHONDA M. PIERCE, as Administrator of    ) Case No.: CV-08-2174-MHP
   the Estate of PATRICIA A. HOFFER,        )
13 deceased,                                 ) **STIPULATION FURTHER EXTENDING
                                             ) DEADLINE FOR BRIEFING ON
14         Plaintiff,                        ) STANDARD OF REVIEW;** ~~PROPOSED~~
                                             ) **ORDER**
15                                           )
       vs.                                   )
16                                           )
   HARTFORD LIFE AND ACCIDENT                )
17 INSURANCE COMPANY; AMERICAN               )
   PRESIDENT LINES, LTD., and DOES 1         )
18 THROUGH 25,                               )
                                             )
19                                           )
           Defendants.                       )
20

21
22
23
24
25
26
27
28

STIPULATION FURTHER EXTENDING DEADLINE                   Case No.: CV-08-2174-MHP
FOR BRIEFING ON STANDARD OF REVIEW;
PROPOSED ORDER

1. Plaintiff Patricia Hoffer ("Plaintiff") and defendants Hartford Life and Accident Insurance Company ("Hartford") and American President Lines, Ltd., ("APL") by and through their respective counsel, hereby stipulate to an extension of time to file briefing on the standard of review in the above matter, and request an order extending the same, as follows.

1. This is an action by Plaintiff, as the administrator of the estate of Patricia A. Hoffer, deceased, seeking to recover total disability benefits under a Long term Disability Plan issued by Hartford to her former employer, APL.

2. Plaintiff believes the decedent also was insured under a life insurance policy issued by her employer. The parties have been working informally to determine whether Plaintiff continued coverage under the any such life insurance policy, the identity of the entity that issued the policy, and the amount of any such benefit. The parties agree that whether the decedent was eligible for a benefit under a life insurance policy issued or offered by the defendants is a material question that will substantially affect the value of the case and will impact the parties' prosecution of the litigation and eventual approach to a resolution.

3. At the status conference in this matter on January 12, 2009, the Court issued an order requiring the parties to file briefs on or before March 16, 2009, concerning the standard of review the Court should utilize in evaluating the propriety of Hartford's determination that the decedent was not entitled to further disability benefits. The Court extended that deadline to April 16, 2009, to enable the parties to continue their efforts at evaluating the life insurance question.

4. The parties are still working on sorting out the life insurance issue. Some documents in that regard have been located but others are still being gathered. The parties have not been able to definitively evaluate the issues concerning the existence and availability of a life insurance benefit to date, but they are continuing to work on the question in a mutually cooperative fashion.

5. The parties still want to explore and exhaust settlement possibilities prior to incurring the attorney's fees and costs that would be associated with the preparation of the briefing on the standard of review. They recognize they need to solve the life insurance question in order to maximize the potential for the success of their settlement discussions.

1      6.   Accordingly, the parties hereby request that the Court extend the deadline for the
2 filing of briefs on the standard of review until May 15, 2009, to allow the parties to continue to
3 work on the life insurance question and pursue settlement discussions.
4      IT IS SO STIPULATED.

6      Dated: April 14, 2009          KELLY, HOCKEL & KLEIN P.C.

9                          By // Thomas K. Hockel
                              Thomas K. Hockel
                              Attorneys for Defendants

11     Dated: April 14, 2009          LAW OFFICE OF CURTIS G. OLER

14                         By // Curtis G. Oler
                              Curtis G. Oler
                              Attorney for Plaintiff

### ORDER

17     Having considered the parties' stipulation, and good cause appearing, the Court hereby
18 approves of the foregoing stipulation and extends the deadline for the filing of briefing on the
19 standard of review until **May 15, 2009**.
20     IT IS SO ORDERED.

23     Dated: 4/15/2009          _____
                                  IT IS SO ORDERED
                                  Judge Marilyn H. Patel