UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICIA A. HOFFER,

    Plaintiff(s),

vs.

HARTFORD LIFE AND ACCIDENT, et al.,

    Defendant(s).

No. C-08-2174 MHP

**ORDER DISMISSING ACTION**

    This action was filed on April 28, 2008. There have been motions to dismiss and motions for summary judgment set and some have been heard and resolved. The last briefing ordered by the court was on the standard of review to be applied in this case. The matter was set for hearing, extension for briefing granted and at the last two calls of the calendar the court received notifications that plaintiff's counsel was unavailable, one on December 28, 2009 and the other on December 31, 2010. *See* Dkt. Nos. 43 and 44. This had occurred on at least one prior occasion during the pendency of this action. Plaintiff has made no further attempt to advance this case on the calendar and has made no filings or request for hearing since the December 31, 2010 filing. Therefore,

    IT IS HEREBY ORDERED that this action is DISMISSED with prejudice for failure to prosecute.

Date: May 12, 2011

MARILYN HALL PATEL
United States District Court Judge
Northern District of California